# ALABAMA COURT OF CRIMINAL APPEALS



November 21, 2025

**CR-2024-0459**

Jonathan David Golden v. State of Alabama (Appeal from Houston Circuit Court: CC-22-2234, CC-22-2235, and CC-22-2236)

## NOTICE

You are hereby notified that on November 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk